

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-11-00104-CV

IN RE MARTIN B. TITTLE, AS                                                    RELATOR
ADMINISTRATOR OF THE ESTATE
OF NETTIE BABER TITTLE,
DECEASED

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's amended petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's amended petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and MEIER, JJ.

MEIER, J., would grant.

DELIVERED: April 8, 2011

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).